UNITED STATES DISTRICT COURT
EASTERN DIVISION OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHNDA GREEN, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) No. 4:10CV00945 ERW |
| | ) |
| REGENT ASSET MANAGEMENT | ) |
| SOLUTIONS, INC., | ) |
| | ) |
| Defendant(s). | ) |

ORDER OF HEARING

This matter comes before the Court on Plaintiff's Motion for Default Judgment [doc. #7] as to Defendant Regent Asset Management Solutions, Inc. Entry of Default was issued by the Clerk of Court on August 3, 2010 [doc. #5]. A Default Hearing will be held on October 13, 2010, for the purpose of granting Plaintiff's Motion.

IT IS HEREBY ORDERED that Plaintiff's counsel and Ivy Humphrey, or a legal representative for Defendant Regent Asset Management Solutions, Inc., shall appear before this Court for a Default Hearing on <u>October 13, 2010</u>, at <u>11:00 a.m.</u> This hearing will be held in Courtroom 17 South of the United States District Court in St. Louis, Missouri. Defendant is put on notice that judgment will likely be entered at that time against said Defendant.

IT IS FURTHER ORDERED that a copy of this Order be sent by U.S. and Certified Mail to Regent Asset Management Solutions, Inc., Attention: Ivy Humphrey, 7290 Samuel Drive, Suite 300, Denver, Colorado 80221.

So Ordered this 21st day of September, 2010.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE